**Opinion filed August 2, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00177-CR
_____

## JOSEPH MARK CHARLES, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 238th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR37407**

## M E M O R A N D U M   O P I N I O N

On July 5, 2012, Joseph Mark Charles filed in this court a pro se "appeal under Chapter 64" of the Texas Code of Criminal Procedure "requesting a post-conviction DNA testing." TEX. CODE CRIM. PROC. ANN. ch. 64 (West Supp. 2011). By letter, the clerk of this court informed the parties that it did not appear that this court has jurisdiction in this matter. We requested that appellant respond in writing on or before July 20, 2012, and show grounds to continue this appeal. Appellant has not responded.

Although appellant uses the term "appeal," he does not appeal from any order of the trial court; instead, he requests that this court grant his motion for DNA testing. Pursuant to Article 64.01(a-1), "A convicted person may submit to the convicting court a motion for forensic DNA testing of evidence containing biological material." Appellant's request, therefore, should have been filed in the district court. This court has no jurisdiction to grant appellant's motion.

Accordingly, this appeal is dismissed for want of jurisdiction.

PER CURIAM

August 2, 2012

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.